IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 26  P 3: 51

CLERK _L. LaVictoire_
S. DIST. OF GA.

THOMAS GRANT, III,

    Plaintiff,

v.    CIVIL ACTION NO.: CV206-279

WAYNE BENNETT, Sheriff;
Major D. THOMAS; Col. LOUISE
CLIFTON NEWSOME; Sgt. J. JONES;
and GRAYSON P. LANE, Public
Defender,

    Defendants.

## ORDER

Plaintiff previously submitted a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis*. By Order dated November 16, 2006, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until December 18, 2006, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that November 16, 2006, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 26 day of Dec., 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)