AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THOMAS GRANT, III

                                    JUDGMENT IN A CIVIL CASE

            V.                    CASE NUMBER:   CV206-279

WAYNE BENNETT, SHERIFF
MAJOR D. THOMAS; COL. LOUISE
CLIFTON NEWSOME; SGT. J. JONES;
and GRAYSON P. LANE, PUBLIC DEFENDER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff has failed to respond to that November 16, 2006, Order. Accordingly, as set forth in said Order, this action is DISMISSED plaintiff's claims against the defendants, without prejudice.

12/26/2006
Date

Scott L. Poff
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/1/03