IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THOMAS GRANT, III,

    Plaintiff,

v.

WAYNE BENNETT, Sheriff;
Major D. THOMAS; Col. LOUISE
CLIFTON NEWSOME; Sgt. J. JONES;
and GRAYSON P. LANE, Public
Defender,

    Defendants.

CIVIL ACTION NO.: CV206-279

## ORDER

In a letter dated February 11, 2007, addressed to the Clerk of Court, Plaintiff has forwarded an Inmate Request Form that he wants filed with the record of this case. A review of the Clerk's file shows that this case was dismissed, without prejudice, on December 26, 2006, because of Plaintiff's failure to respond to the Court's November 16, 2006 Order. If Plaintiff desires to proceed with these claims, he must file a new complaint and pay the filing fee or submit the appropriate motion to proceed in forma pauperis. The Clerk is authorized to return the original Inmate Request Form to Plaintiff, maintaining a copy with Plaintiff's letter in the Clerk's file.

SO ORDERED, this 16th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)